CO-386-online
10/03

# United States District Court
# For the District of Columbia

JUDICIAL WATCH, INC.           )
                               )
                               )
                               )
           Plaintiff           )    Civil Action No._____
     vs                        )
                               )
NATIONAL ARCHIVES AND          )
RECORDS ADMINISTRATION         )
                               )
           Defendant           )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  JUDICIAL WATCH, INC.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  JUDICIAL WATCH, INC.  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                              Attorney of Record

                                              _/s/ Paul J. Orfanedes_____
                                              Signature

429716                                        Paul J. Orfanedes
BAR IDENTIFICATION NO.                        Print Name

                                              425 Third Street, SW, Suite 800
                                              Address

                                              Washington       D.C.        20024
                                              City             State       Zip Code

                                              (202) 646-5172
                                              Phone Number