IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 10-1834 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING PROOF OF SERVICE

Plaintiff Judicial Watch, Inc. respectfully submits the attached Declaration of Cristina Rotaru as proof that service of process has been effected on Defendant, the U.S. Attorney General, and the U.S. Attorney for the District of Columbia in the above-captioned matter.

Dated: November 15, 2010

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Paul J. Orfanedes
D.C. Bar No. 429716
Michael Bekesha
D.C. Bar No. 995749
425 Third St., SW, Suite 800
Washington, DC 20024
Tel:  (202) 646-5172
Fax:  (202) 646-5199

*Attorneys for Plaintiff*