IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 10-1834 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF CRISTINA ROTARU

I, CRISTINA ROTARU, declare as follows:

1. My name is Cristina Rotaru. I am over eighteen years of age, of sound mind, and am fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. I am employed as a legal assistant with Judicial Watch, Inc. in Washington, D.C. I have worked for Judicial Watch, Inc. in this capacity since April 2002. As a legal assistant for Judicial Watch, Inc., it is one of my regular duties and responsibilities to effect service of process of summonses, complaints, and corporate disclosure statements on defendants in lawsuits filed by the organization.

3. I typically effect service of process on defendants in lawsuits filed by Judicial Watch, Inc. by certified, U.S. mail, return receipt requested. I prepare Certified Mail Receipts (P.S. Form 3800) and Domestic Return Receipts (P.S. Form 3811) for each defendant and/or recipient and affix these documents to envelopes addressed to each defendants and/or recipient. After I mail the summons, complaint, and corporate disclosure statement to the appropriate

defendant and/or recipient, I retain the customer's portion of the Certified Mail Receipts in the appropriate case file. When a Domestic Return Receipt is returned to Judicial Watch, Inc. by the U.S. Postal Service, I confirm that Domestic Return Receipt has been signed and dated by the defendant and/or recipient. I then match the Domestic Return Receipt with the appropriate Certified Mail Receipt in the case file. If I have not received a Domestic Return Receipt within a reasonable amount of time, I obtain a U.S. Postal Service Track and Confirm Sheet from the U.S. Postal Service's website to confirm service.

4. On October 28, 2010, Judicial Watch, Inc. initiated the above-captioned matter in the U.S. District Court for the District of Columbia. Shortly thereafter, and in the ordinary course of carrying out my duties and responsibilities at Judicial Watch, Inc., I served summonses and copies of the complaint and corporate disclosure statement filed in this litigation on the U.S. Attorney General, the U.S. Attorney for the District of Columbia, and the National Archives and Records Administration. Service was effected by certified mail, return receipt requested, following Judicial Watch, Inc.'s customary practice as described above.

5. According to the Certified Mail Receipt and Domestic Return Receipt, service of process was effected on the U.S. Attorney General at the U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, on November 3, 2010. True and correct copies of the Certified Mail Receipt and Domestic Return Receipt demonstrating service on the U.S. Attorney General are attached hereto as Exhibit 1.

6. According to the Certified Mail Receipt and Domestic Return Receipt, service of process was effected on the U.S. Attorney for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530, on November 2, 2010. True and correct copies of the Certified Mail

Receipt and Domestic Return Receipt demonstrating service on the U.S. Attorney for the District of Columbia are attached hereto as Exhibit 2.

7.     According to the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet, service of process was effected on the National Archives and Records Administration, 8601 Adelphi Road, College Park, MD  20740, on November 1, 2010.  As of November 15, 2010, Judicial Watch, Inc. has not received a Domestic Return Receipt from the National Archives and Records Administration.  True and correct copies of the Certified Mail Receipt and  U.S. Postal Service Track and Confirm Sheet demonstrating service on the National Archives and Records Administration are attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 15, 2010 in Washington, D.C.

_____
Cristina Rotaru

# EXHIBIT 1

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

NARA
10/28/10

Sent To: **U.S. Attorney General**
Street, Apt. No. or PO Box No.: **U.S. Department of Justice**
City, State, ZIP+4: **950 Pennsylvania Ave., NW**
**Washington, DC 20530**

PS Form 3800, August 2006 — See Reverse for Instructions

Article number: 7009 1410 0000 8479 3492

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **U.S. Attorney General**
   **U.S. Department of Justice**
   **950 Pennsylvania Ave., NW**
   **Washington, DC 20530**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

NOV 03 2010

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 1410 0000 8479 3492

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT 2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees

NARA
10/28/10
Postmark
Here

Sent To: U.S. Attorney for the District of Columbia
Street, Apt. No.; or PO Box: 555 4th Street, NW
City, State, ZIP+4: Washington, DC 20530

7009 1410 0000 8479 3485

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney for the District of Columbia
   555 4th Street, NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   NOV 02 2010

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7009 1410 0000 8479 3485

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT 3



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 1410 0000 8479 3508**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 11:27 am on November 01, 2010 in COLLEGE PARK, MD 20740.

**Track & Confirm**

Enter Label/Receipt Number.

[ Go > ]

Detailed Results:
* **Delivered, November 01, 2010, 11:27 am, COLLEGE PARK, MD 20740**
* **Notice Left, October 30, 2010, 10:16 am, COLLEGE PARK, MD 20740**
* **Arrival at Unit, October 30, 2010, 10:12 am, COLLEGE PARK, MD 20740**

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. [ Go > ]

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7009 1410 0000 8479 3508

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees

Pres. Records Act
Postmark Here
10/28/10

Sent To: **NARA**
Street, Apt. No.; or PO Box No. **8601 Adelphi Road**
City, State, ZIP+4 **College Park, MD 20740**

PS Form 3800, August 2006          See Reverse for Instructions