## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 1:10-cv-01834 (PLF) |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), defendant National Archives and Records Administration ("NARA") hereby moves to dismiss Plaintiff's complaint for lack of subject-matter jurisdiction. NARA also moves to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. The reasons supporting NARA's motion are set forth in the accompanying memorandum of law.

Dated:  January 3, 2011          Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

*/s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
D.C. Bar Number 418925
Deputy Branch Director
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Tel.    (202) 514-5302
Fax    (202) 616-8470
Elizabeth.Shapiro@usdoj.gov