# Exhibit 3



November 2, 2009

**VIA CERTIFIED MAIL & E-MAIL (clinton.library@nara.gov)**

Deputy Archivist of the United States
Clinton Presidential Library and Museum
1200 President Clinton Avenue
Little Rock, Arkansas 72201

**Re: Freedom of Information Act Appeal**

Dear Sir/Madam:

On October 7, 2009, Judicial Watch, Inc. requested copies of the audiotapes of seventy-nine conversations that occurred between Taylor Branch ("Branch") and President William J. Clinton ("President Clinton") at the White House between January 20, 1993 and January 20, 2001 pursuant to the Presidential Records Act ("PRA") and the Freedom of Information Act ("FOIA").

In a response letter, dated October 9, 2009, Dana Simmons, Supervisory Archivist, stated, "The items you have requested are not presidential records and therefore are not subject to request under the PRA and FOIA. Rather the tapes are personal records, as defined in Section 2201(3) of the PRA. Therefore, we do not consider this to be a denial under the Freedom of Information Act."

Judicial Watch believes that the audiotapes are presidential records and therefore FOIA applies. This letter respectfully appeals the determination of Ms. Simmons.

Section 2201(2) of the PRA defines presidential records as documentary materials created by the president "in the course of conducting activities which relate to or have an effect upon the carrying out of the constitutional, statutory, or other official or ceremonial duties of the President." By contrast, personal records are defined as purely private materials that "do not relate to or have an effect upon the carrying out of the constitutional, statutory, or other official or ceremonial duties of the President." 44 U.S.C. § 2201(3). Based on Branch's firsthand account in *In The Clinton Tapes: Wrestling History with the President* ("*the Clinton Tapes*"),

Clinton Presidential Library and Museum
November 2, 2009
Page 2 of 5

Judicial Watch believes that all, or reasonably segregable portions of, the requested audiotapes clearly relate to or have effect upon the official duties of President Clinton.

    The requested audiotapes are an audio record of President Clinton's official duties as President of the United States. In some instances, the audiotapes contain official telephone calls of President Clinton. In other instances, President Clinton and Branch spent over one hundred hours in the White House creating a presidential record for future historians. During his eight years in office, President Clinton debated policy with and sought advice from Branch on a variety of issues from foreign affairs to cabinet appointees. These are not personal records as defined by Section 2201(3) of the PRA. Judicial Watch, therefore, respectfully appeals and requests that the Library classify the audiotapes as presidential records, find the audiotapes to be subject to FOIA, and provide Judicial Watch with copies of the requested material.

    President Clinton sought to create a complete record of his presidency. According to *the Clinton Tapes*, the recording of conversations between President Clinton and Branch was an oral history project. p. 38. President Clinton sought to provide "raw material for future history" where a "U.S. president was framing issues, telling stories, and thinking aloud." p. 13. President Clinton wanted to know "what kind of information future historians [would] find most useful" because President Clinton "planned to make first use of [the audiotapes] for his memoirs, then eventually to release the transcripts at his presidential library." p. 13. Both President Clinton and Branch thought, "Future scholars and specialists will find useful - often essential - the president's exact words on many details that escaped my summary dictation." p. 663. The audiotapes were a way for President Clinton to explain, post-presidency, his reasoning behind much of his policy-making and decision-making. In other words, they were designed to "preserve texture in the presidential record, and [provide] future readers [with] many revelations in [President Clinton's] exact words." p. 249.

    The oral history project always "started with an invitation by phone from Nancy Hernreich, director of Oval Office Operations, or from her assistant Kelly Crawford, who was succeeded by Rebecca Cameron and Mary Morrison." p. 665. Besides setting up the meetings, Nancy Hernreich was involved in the mechanics and content of the ongoing discussions. Branch states that "she wanted an update on the oral history project," and, with several concerns, she and Branch "exchanged thoughts on the recording experience so far - frequency and logistics, the balance between security and detail, the president's freewheeling mind against his desperate need for rest." p. 143. In other words, Oval Office Operations had an active role in creating the audiotapes.

    To create a complete record of the Clinton Presidency, the audiotapes include recordings of official telephone calls of the president. Throughout the eight years, President Clinton stopped his discussions with Branch to take calls from foreign leaders, senators, and cabinet secretaries. During such calls, Branch continued to record President Clinton's end of the conversations. Branch and President Clinton purposely let the recordings continue because, as

Clinton Presidential Library and Museum
November 2, 2009
Page 3 of 5

Branch explains, "Why not tape the president's side of these conversations? That would preserve his actual performance - lobbying, cajoling, *being* president - in addition to his private memories." p. 3.  Instances of such include:

- The job intruded within minutes in a call from his chief congressional liaison, Howard Paster.  When I started to leave for his privacy, the president beckoned me to stay.  He jotted down the names of five senators, asked an operator to find them, and told me the Senate was voting that night on Arizona Republican John McCain's amendment. ... Now the president said he must convince five swing senators or suffer a political defeat that he believed would injure the country. ... . No sooner did Clinton finish with one senator than a White House operator buzzed with another on the line.  pp. 2-3.

- The president paused to take a phone call from William Natcher of Kentucky, who chaired the House Appropriations Committee.  Clinton's end of the conversation mingled folksy good wishes with technical forecasts on the possible effects of NAFTA under different assumptions, jobs lost versus jobs gained.  pp. 72-73.

- His phone calls jumped between Mitchell and other senators for nearly an hour.  p. 186.

- President Clinton beckoned me into the Treaty Room while he talked on the phone, juggling calls about an emergency loan to Mexico and the forthcoming biography of him.  p. 225.

- Two calls came through for the president [including] Senator Chris Dodd compliment[ing] tonight's budget speech.  p. 263.

- A Bosnia phone call came through from Secretary of State Christopher.  I left the tapes running to record the president's side.  p. 268.

- A phone call from Dayton intruded.  It was Secretary of State Christopher, and Clinton's side of the conversation made clear that the impasse over Bosnia had hardened. ... The president listened to Christopher, nodding. He paused only slightly.  "Well, Chris, go ahead and do it," he said. "Walk away.  I trust you.  I'll back you up.  Eventually, you've got to shut it down if they won't take the peace."  pp. 309, 311-312.

- Then the phone rang with an incoming call from Prime Minister Ryutaro Hashimoto of Japan. ... During frequent pauses for on-line translation,

Clinton Presidential Library and Museum
November 2, 2009
Page 4 of 5

> Clinton covered the receiver and explained for our tapes that Japan's stagnation was chronic and intractable. p 482.

The audiotapes contain more than just content related to President Clinton carrying out his official duties. The audiotapes recorded President Clinton actually carrying out his official duties as president.

Besides being a record of President Clinton's official telephone calls, the audiotapes contain conversations related to presidential appointments, policy decisions, and speechwriting. Examples of policy-making and decision-making of President Clinton on the audiotapes are:

- Clinton cross-examined me, debating changes. A complicating nuance for him was that Bentsen was about to leave the cabinet, whereas Reich wanted to stay. p. 215.

- I endorsed Madeleine Albright for her ability to speak articulately in public. She might raise the profile of foreign policy, answering a deficiency among the national security advisors. Clinton nodded. p. 221.

- He asked me whether he should throw out the first ball on April 25 at the delayed opening day for an abbreviated 1995 season. I said no. p. 248.

- At the president's invitation, I briefed him about my latest troubleshooter expedition to Haiti for Deputy Secretary of State Strobe Talbott. ... I tried to relay impressions the president was not likely to get through official channels. pp. 286-287.

- [H]e asked me to prepare suggested themes for his January State of the Union Address. p. 521.

Although Judicial Watch asserts that the entirety of the audiotapes are presidential records, the Clinton Presidential Library and Museum ("the Library") may conclude that some of the conversations are personal records. If so, Judicial Watch asserts that the Library must review the tapes in their entirety and only withhold those portions which are completely personal and private. In those instances in which the Library believes that such portions are not presidential records, Judicial Watch would request the Library provide sufficient identifying information with respect to each portion to allow Judicial Watch to assess the propriety of such a determination.

In closing, Judicial Watch would like to bring to the Library's attention President Clinton's directive to NARA after leaving office. On November 6, 2002, President Clinton wrote to the Archivist of the United States, "My intent is to make available to the public as full a record as possible documenting the decision-making, policy-making, and appointment process of

Clinton Presidential Library and Museum
November 2, 2009
Page 5 of 5

my Presidency by applying both the appointment and confidential advice restrictions as narrowly as possible." Judicial Watch hopes the Library will provide the public with as full a record as possible and furnish as soon as possible copies of the audiotapes pursuant to the PRA and FOIA.

    Thank you for your cooperation.

Sincerely,

Michael Bekesha
Judicial Watch, Inc.