IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 1:10-cv-01834 (PLF) |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **[PROPOSED] ORDER**

Upon consideration of Defendant's motion to dismiss, and any response and reply thereto, it is hereby **ORDERED** that Defendant's motion is **GRANTED** and that the action is dismissed.

Dated: _____   _____

PAUL L. FRIEDMAN
United States District Judge