IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 10-1834 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, by counsel, respectfully requests an extension of time, until and including February 22, 2011, in which to file its Opposition to Defendant's Motion to Dismiss. Plaintiff also respectfully requests an extension for Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. As grounds therefor, Plaintiff states as follows:

**MEMORANDUM OF LAW**

Pursuant to the local rules, Plaintiff's Opposition to Defendant's Motion to Dismiss is currently due on or before Thursday, January 20, 2011. Due to substantial professional obligations of Plaintiff's counsel, including the preparation and filing of his opening brief in *McKinley v. Board of Governors of the Federal Reserve System*, No. 10-5353 (U.S. Court of Appeals for the District of Columbia Circuit), Plaintiff respectfully submits that an extension of time is necessary.

Plaintiff requires and respectfully requests that it be granted until Tuesday, February 22, 2011 to file its opposition. Plaintiff also asks that Defendant be granted until Tuesday, March 15, 2011 to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

On January 4, 2011, the undersigned counsel conferred with Elizabeth Shapiro, counsel for Defendant, about the extension of time, and Defendant's counsel informed the undersigned that her client does not oppose the requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court extend Plaintiff's time to file its Plaintiff's Opposition to Defendant's Motion to Dismiss until February 22, 2011 and extend Defendant's time to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss until March 15, 2011.

Dated: January 5, 2011                                    Respectfully submitted,

 

/s/ Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Attorneys for Plaintiff*