IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 10-1834 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time and the entire record herein, it is hereby ORDERED that:

1. The motion is granted.

2. Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed on or before February 22, 2011.

3. Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed on or before March 15, 2011.

SO ORDERED.

Dated: _____         _____
                                      The Hon. Paul L. Friedman, U.S.D.J.

Copies To:    All Counsel of Record