IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL ARCHIVES AND )<br>RECORDS ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No: 1:10-cv-01834 (PLF) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Daniel Schwei as lead counsel for Defendant, the National Archives and Records Administration, in the above-captioned matter. All future correspondence and other communications regarding this case should be directed to Mr. Schwei at the addresses and phone number indicated below.

Dated: February 17, 2011          Respectfully submitted,

                                                         TONY WEST
                                                         Assistant Attorney General

                                                         RONALD C. MACHEN JR.
                                                         United States Attorney

                                                         ELIZABETH J. SHAPIRO
                                                         Deputy Branch Director

                                                         */s/   Daniel Schwei*
                                                         DANIEL SCHWEI
                                                         Trial Attorney (N.Y. Bar)
                                                         United States Department of Justice
                                                         Civil Division, Federal Programs Branch

20 Massachusetts Ave. NW
Washington, DC 20530
Tel.:      (202) 305-8693
Fax:      (202) 616-8470
Email:   daniel.s.schwei@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
20 Massachusetts Avenue N.W.
Washington, D.C. 20001

Attorneys for Defendant

## CERTIFICATE OF FAMILIARITY WITH THE LOCAL RULES

I HEREBY CERTIFY, pursuant to LCvR 83.2(j), that I am personally familiar with the Local Rules of this Court, and the other materials set out in LCvR 83.8(b) and LCvR 83.9(a).

*/s/    Daniel Schwei*
DANIEL SCHWEI
February 17, 2011

## CERTIFICATE OF SERVICE

I hereby certify that, on February 17, 2011, a copy of the foregoing Notice of Appearance was served upon counsel of record by electronic means through electronic filing:

Paul J. Orfanedes
Michael Bekesha
Judicial Watch, Inc.
Suite 800
425 Third Street SW
Washington, D.C. 20024
Attorneys for Plaintiff

>                    /s/    Daniel Schwei
> DANIEL SCHWEI
> Trial Attorney (N.Y. Bar)
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave. NW
> Washington, DC 20530
> Tel.:    (202) 305-8693
> Fax:    (202) 616-8470
> Email:   daniel.s.schwei@usdoj.gov