## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-1834 (ABJ) |
| | ) | |
| NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

For the reasons in the accompanying memorandum opinion, defendant's motion to dismiss [Dkt. #6] is granted pursuant to Fed. R. Civ. P. 12(b)(1) for lack of standing. Accordingly, this case is dismissed with prejudice.  This is a final, appealable order.

AMY BERMAN JACKSON
United States District Judge

DATE:  March 1, 2012