# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 12-5144**  **September Term 2011**

1:10-cv-01834-ABJ

Filed On: August 1, 2012 [1387032]

Judicial Watch, Inc.,

        Appellant

v.

National Archives and Records Administration,

        Appellee

### ORDER

Upon consideration of the stipulation for dismissal of this appeal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

        BY:  /s/
                Mark A. Butler
                Deputy Clerk